# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

Initial Appearance (on Amended Complaint)

| | | | |
|---|---|---|---|
| Case Number: | MJ 25-5233 JMR | UNITED STATES vs. BACA | |
| Hearing Date: | Wednesday, January 7, 2026 | Time In and Out: | 10:03-10:09 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Jason Paul Baca | Defendant's Counsel: | Buck Glanz |
| AUSA: | Maria Stiteler | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | | Witness: | |

### Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant currently has Court appointed counsel
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐
- ☐ Court finds    ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives right to contest detention
- ☐

### Custody Status

- ☒ Defendant previously detained
- ☐ Conditions

### Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to ___ for Final Revocation Hearing
- ☐